AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Arkansas__

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

V.

Lozano, John Merced

Case Number: 4:09-cr-00156-02-BRW

USM Number: 18611-045

**Date of Original Judgment:** 5/3/2011
(Or Date of Last Amended Judgment)

Garry Corrothers
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __27__ months is reduced to __24 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __11__
Criminal History Category: __VI__
Previous Guideline Range: __27__ to __33__ months

Amended Offense Level: __11__
Criminal History Category: __V__
Amended Guideline Range: __24__ to __30__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __5/3/2011__ shall remain in effect.

**IT IS SO ORDERED.**

__11/28/2023__
Order Date

__BILLY ROY WILSON__
Signature of Judge

__February 1, 2024__
Effective Date (if delayed)

Billy Roy Wilson, U.S. District Judge
Name and Title of Judge