IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                           4:09-CR-00156–02-BRW

JOHN MERCED LOZANO

### ORDER

Pending is Defendant's Motion to Reduce Sentence (Doc. No. 66). The Government opposes the motion.[1]

A court can modify a term of imprisonment only (1) after the defendant fully exhausts all administrative remedies on appeal if the Bureau of Prisons does not file a motion on his behalf, or a lapse of 30 days from receipt of such a request by the warden of the facility; and (2) when there are extraordinary and compelling reasons for a sentence reduction.[2] Exhaustion "is a mandatory claim-processing rule. As such, it must be enforced so long as the opposing party properly raises it."[3]

The Government correctly asserts that Defendant has failed to exhaust. Accordingly, the motion (Doc. No. 66) is DENIED without prejudice. If, after exhausting his administrative remedies, Defendant is unhappy with the result, he may seek relief from the Court.

IT IS SO ORDERED, this 4th day of June, 2024.

                        Billy Roy Wilson
                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 68.

[2] *See* 18 U.S.C. § 3582(c)(1)(A).

[3] *United States v. Houck*, 2 F.4th 1082, 1084 (8th Cir. 2021).